# FROSS ZELNICK LEHRMAN & ZISSU, P.C.

**Partners**
Ronald J. Lehrman
Stephen Bigger
Roger L. Zissu
Richard Z. Lehv
David Ehrlich
Susan Upton Douglass
Peter J. Silverman
Lawrence Eli Apolzon
Barbara A. Solomon
Mark D. Engelmann
Nadine H. Jacobson
Andrew N. Fredbeck
Craig S. Mende
Allison Strickland Ricketts
John P. Margiotta
Lydia T. Gobena
Carlos Cucurella
James D. Weinberger
David Donahue
Nancy E. Sabarra
Charles T. J. Weigell III
Laura Popp-Rosenberg
Cara A. Boyle
Karen Lim

**Senior Counsel**
Janet L. Hoffman

**Counsel**
James D. Silberstein
Joyce M. Ferraro
Robert A. Becker
Tamar Niv Bessinger
Nancy C. DiConza

**Associates**
Jason Jones
Leo Kittay
Todd Martin
Robin N. Baydurcan
Sherri N. Duitz
Amanda B. Agati
Jennifer Insley-Pruitt
Emily Weiss
Ashford Tucker
Erica Gould
Matthew Frisbee
Celadon Whitehurst
Hindy Dym
Katherine Lyon Dayton
Maritza C. Schaeffer
Felicity Kohn

October 7, 2016

**VIA ECF**

Mr. Peter R. Marksteiner
Circuit Executive & Clerk of Court
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, N.W.
Washington D.C. 20439

Re:   *Royal Crown Company, Inc. & Dr Pepper/Seven Up., Inc. v. The Coca-Cola Company*, Case No. 16-2375 (Our Ref. DPSU 0705053)

Dear Mr. Marksteiner:

We represent appellants Royal Crown Company, Inc. & Dr Pepper/Seven Up., Inc. (together, "Royal Crown") in the above-captioned appeal. On the advice of the case manager for this appeal, we are writing to correct an issue with the docket sheet.

Royal Crown was the plaintiff in eight consolidated opposition proceedings before the Trademark Trial and Appeal Board (the "Board"). As set forth in Royal Crown's docketing statement (dkt. no. 5), Royal Crown is appealing the Board's decision in only seven of those consolidated opposition proceedings. However, because the caption of Royal Crown's notice of appeal (dkt. no. 1) included the case numbers for all eight opposition proceedings as appropriate for the caption of the underlying Board proceeding, the docket sheet for this appeal incorrectly includes an opposition proceeding in which Royal Crown is not appealing the Board's decision, namely Opposition No. 91189847. Moreover, appellee The Coca-Cola Company has not filed a cross appeal related to this proceeding. Accordingly, Royal Crown requests that Opposition No. 91189847 be removed from the docket sheet.

Very truly yours,

Emily Weiss

cc:  All counsel of record (via ECF)

{F2057147.1}

866 United Nations Plaza at First Avenue & 48th Street | New York, New York 10017
Phone 212.813.5900 | Fax 212.813.5901 | www.frosszelnick.com